## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**KATY TISCARENO,  individually and on behalf of all others similarly situated,**

       **Plaintiff,**

       **v.**

**BIMBO BAKERIES USA, INC.,**

       **Defendant.**

**Case No. 5:19-cv-04058-HLT**

## ORDER GRANTING PRELIMINARY APPROVAL
## OF SETTLEMENT

On July 29, 2020, the Court heard a motion filed by Plaintiff Katy Tiscareno ("Class Representative").  The Court has considered the Joint Stipulation of Class Settlement and Release ("Stipulation") and the proposed Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing ("Class Notice") and attached exhibits and hereby finds and orders as follows:

The Court finds on a preliminary basis that the settlement memorialized in the Stipulation submitted to the Court is within the range of reasonableness and, therefore, meets the requirements for preliminary approval.

The Court conditionally certifies, for settlement purposes only, the following class ("Class") described in the Stipulation: all individuals employed by Defendant Bimbo Bakeries USA, Inc. ("BBUSA") at its Topeka, Kansas facility in the position of: (a) Process Technician; (b) Material Expeditor; (c) Maintenance Technician; (d) Coordinator Materials Management; (e) Utility; or (f) Process Technician Lead for one or more days between November 1, 2016 and the Preliminary Approval Date.

The Court finds, for settlement purposes only, the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the exception of the manageability requirement of Rule 23(b)(3) that the Court need not address for purposes of

settlement. The Court further finds that, on February 22, 2019, the Action was certified a collective action under Section 216(b) of the Fair Labor Standards Act ("FLSA") for litigation purposes and remains certified for purposes of settlement. *See* ECF No. 38.

This Order, which conditionally certifies a class action for settlement purposes only, shall not be cited in this or any matter for the purpose of seeking class or collective certification, opposing decertification, or for any other purpose, other than enforcing the terms of the Stipulation.

The Court appoints, for settlement purposes only, Katy Tiscareno as Class Representative.

The Court appoints, for settlement purposes only, Sonal Bhatia and E.E. Keenan of Keenan & Bhatia, LLC, as Class Counsel for the purposes of Settlement and the releases and other obligations therein. Rust Consulting, Inc. is appointed as Settlement Administrator.

The Class Notice, attached hereto as Exhibit A, and the Change of Name and/or Address Information attached to the Class Notice as Form A, are approved. The Settlement Administrator is ordered to mail those documents to the Class members as provided in the Stipulation.

Each Class Member who does not timely submit a valid written request for exclusion from the Settlement will have forty-five (45) days after the date on which the Settlement Administrator mails the Class Notice to object to the Settlement by serving on the Settlement Administrator, Class Counsel, and Counsel for Defendant, and filing with the Court, by the forty-five (45) day deadline, a written objection to the Settlement.

The Court will conduct a telephonic Final Approval Hearing on November 4, 2020, at 1:30 p.m. Central Time, to determine the overall fairness of the settlement, attorneys' fees and costs to Class Counsel, and service fee payment to Plaintiff. Any class member or other interested person may attend the telephonic hearing by calling 1-877-411-9748, and entering access code 6895973. The Final Approval Hearing may be continued without further notice to Class Members. Class Counsel shall file motions approval of attorneys' fees, costs, and expenses, on or before September 9, 2020. Class Counsel shall file the motion for final approval of the settlement sought in the Stipulation on or before October 6, 2020.

IT IS SO ORDERED.

    Dated: August 3, 2020                  /s/  *Holly L. Teeter*
                                          HOLLY L. TEETER
                                          UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**NOTICE OF (1) PROPOSED CLASS SETTLEMENT AND
(2) FINAL SETTLEMENT APPROVAL HEARING**

To:

[Name]
[Address]
[City, State Zip]

**If you were employed by Bimbo Bakeries USA, Inc. at its facility in Topeka, Kansas, any at point from November 1, 2016 through [PRELIMINARY APPROVAL DATE], you are entitled to a payment from a proposed class action lawsuit settlement.**

**Read this Notice carefully, as the proposed settlement will affect your rights. To receive proceeds from the settlement, <u>you do not have to do anything in response to this Notice</u>, as explained in further detail below.**

**A federal court authorized this Notice. This is not a solicitation from a lawyer.**

- This Notice is directed to any individual *who has not already opted-in to this lawsuit* and was an employed by Bimbo Bakeries USA, Inc. ("BBUSA") at its Topeka, Kansas facility in the position of: (a) Process Technician; (b) Material Expeditor; (c) Maintenance Technician; (d) Coordinator Materials Management; (e) Utility; or (f) Process Technician Lead for one or more days between November 1, 2016 and the Preliminary Approval Date of [**Insert Date**] _____ , 2020 ("Class Period").

- The individual Plaintiff identified in the caption, Katy Tiscareno ("Class Representative"), is a former hourly production employee of BBUSA who sued BBUSA by filing a complaint on March 16, 2018, on behalf of herself and similarly situated employees, which she later amended on November 1, 2019, alleging BBUSA violated federal and state wage and hour laws (the "Complaint").

- Though BBUSA denies the allegations in the Complaint, the Parties have agreed to settle this dispute for the purpose of avoiding further disputes and litigation with its attendant risk, expense, and inconvenience. The Court has not made any ruling on the merits of the claims and no Party has prevailed in the lawsuit. However, the Court has reviewed and preliminarily approved this settlement and this Notice.

- The settlement monies are being used to pay current and former hourly production employees employed during the Class Period and to pay attorneys' fees, service payments, and litigation costs. BBUSA will not take an adverse action against any employee covered by the settlement whether or not she or he accepts a settlement payment.

- Under the allocation formula created by the settlement, you are being offered a settlement payment of $_____, which you will receive in the mail if the Court grants final approval of the settlement and you do not opt out of the settlement (as described in Section 8 below).

- Your decisions have legal consequences for you.  You have a choice to make:

| YOUR LEGAL RIGHTS AND OPTIONS IN RESPONSE TO THIS NOTICE: | |
| --- | --- |
| **IF YOU DO NOTHING** | Unless you opt out of the settlement, you will be bound by the release of state law claims described in this Notice and you will receive in the mail a settlement check in the amount of [$_____] representing your share of the settlement fund.  If you choose to cash or deposit that check, you will further be bound by the release of federal law claims described in this Notice. |
| **IF YOU OPT OUT OF THE SETTLEMENT** | If you timely opt out of the settlement, you will receive nothing under the settlement and you will not be bound by the release of any of the claims described in this Notice. |

- These rights and options are explained more fully below.

## BASIC INFORMATION

### 1.  Why did I receive this Notice?

According to BBUSA records, you have not previously joined this lawsuit and are a member of the proposed "Settlement Class," which includes all individuals employed by BBUSA for one or more days at its Topeka, Kansas facility in the position of: (a) Process Technician; (b) Material Expeditor; (c) Maintenance Technician; (d) Coordinator Materials Management; (e) Utility; or (f) Process Technician Lead between November 1, 2016 and the Preliminary Approval Date of [**Insert Date**] _____ , 2020.

You are receiving this Notice because you have a right to know about the proposed settlement of a class action lawsuit that affects your rights. This Notice explains the lawsuit, the proposed settlement and your rights and options. The Court supervising this case is the United States District Court for the District of Kansas located in Topeka, Kansas. The lawsuit is known as *Tiscareno v. Bimbo Bakeries USA, Inc.*, Case No. 5:19-cv-04058.

### 2.  What is this lawsuit about?

On March 16, 2018, the Class Representative commenced a lawsuit against BBUSA in the Eastern District of Pennsylvania, alleging BBUSA failed to pay her and other hourly production employees overtime wages for time spent changing into and out of work-related clothing and

equipment before and after shifts, in violation of the Fair Labor Standards Act ("FLSA"). On May 11, 2018, the Class Representative filed a First Amended Complaint. On February 22, 2019, the Court entered an Order conditionally certifying a collective of BBUSA's employees who worked in the positions above at its Topeka facility from February 1, 2016 through February 1, 2019. On March 20, 2019, a third-party administrator mailed a notice to those employees that they could join this lawsuit. The opt-in period closed June 25, 2019, with twenty-nine individuals filing consent forms to join this lawsuit, in addition to the Class Representative. On June 12, 2019, this lawsuit was transferred to the District of Kansas.

On November 1, 2019, the Class Representative filed a Second Amended Complaint. The Second Amended Complaint primarily alleges that BBUSA failed to pay its hourly production employees overtime in violation of the FLSA and straight-time, in violation of Kansas Wage Payment Act ("KWPA"), for time spent changing into and out of work-related clothing and equipment before and after shifts. The Class Representative requested damages under the FLSA and KWPA. The Class Representative also sought penalties, attorneys' fees and costs.

BBUSA denies all the claims asserted in the Complaint and maintains that all hourly production employees were paid in accordance with the law.

| 3.  Why is there a proposed settlement? |

The Court did not decide in favor of the Class Representative or BBUSA and neither Party prevailed. The Parties agreed to a settlement to avoid further disputes and the risk, expense, and inconvenience of litigation.

On [DATE], the Court granted preliminary approval of the proposed settlement. The Court will decide whether to give final approval to the proposed settlement in a hearing scheduled for November 4, 2020 ("Final Approval Hearing"). *See* Section 12 below for details.

The Class Representative and her attorneys believe that this settlement is a good outcome for all individuals covered by the proposed settlement. But if you believe the settlement is not in your interests, you may opt out of the settlement. *See* Section 8 below for details.

**THE SETTLEMENT BENEFITS – WHAT YOU GET**

| 4.  What does the settlement provide? |

The Settlement Amount, $79,000.00 in total, fully resolves and satisfies (i) the attorneys' fees and costs approved by the Court, (ii) all amounts to be paid to individuals who receive this Notice, (iii) the Court-approved service payment to the Class Representative, (iv) a $100 flat payment to Plaintiff and the twenty-nine individuals who already joined the lawsuit, and (v) interest. The Settlement funds will be divided among the individuals covered by the Settlement according to an allocation formula described below.

3

| 5.  How much is my payment and how was it calculated? |
|---|

All individuals subject to the Settlement shall be eligible to receive a minimum Settlement Payment of $100.00 ("Minimum Settlement Payment").

Based on the allocation formula that has been approved by the Court, you are receiving a settlement check for $_____. Your settlement check was calculated as follows:

Each Settlement Class Member who worked one or more days for BBUSA between November 1, 2016 and [**the preliminary approval date**] the settlement share is:

> The product of the Net Qualified Settlement Fund times the percentage of the Settlement Class Member's number of Compensable Work Weeks applicable to that Settlement Class Member divided by the total of the Compensable Work Weeks attributable to all Settlement Class Members pursuant to this Settlement.

For instance, if a Settlement Class Member is credited with 100 Compensable Work Weeks and there are 100,000 Compensable Work Weeks attributable to all Settlement Class Members, then that Settlement Class Member's payment will be 0.1% of the Net Qualified Settlement Fund. The Net Qualified Settlement Fund is the amount of the settlement fund remaining after deducting the (i) amounts approved for attorneys' fees and costs payment, (ii) the service payment to the Class Representative, and (iii) the $100.00 payment to the Class Representative and twenty-nine individuals who already joined the lawsuit.

The Settlement Agreement contains the exact allocation formula. You may obtain a copy of the Settlement Agreement by following the instructions in Section 13 below.

Neither Class Counsel nor BBUSA make any representations concerning the tax consequences of your settlement payment.  You are advised to obtain personal tax advice prior to acting in response to this Notice.

## HOW YOU GET A PAYMENT

| 6.  How do I get my payment? |
|---|

To receive money from the Settlement, **you do not have to do anything in response to this Notice**.

If the Court grants final approval of the Settlement and you do **not** opt out of the settlement (as described in Section 8 below), you will be bound by the release of state law claims described

4

in Section 7 below and you will receive in the mail a Settlement check in the amount of [$_____] representing your share of the Settlement fund.

If you choose to cash or deposit that check, you will further be bound by the release of federal law claims described in Section 7 below.

You will have 150 days from the postmark date on the envelope containing the check to redeem your payment. Your check will be void if you do not cash it within 150 days after the postmark date. If you lose or do not receive your settlement check, you must request a replacement check within 150 days after the postmark date.

It is **your responsibility** to keep a current address on file with the Settlement Administer. Please make sure to notify Class Counsel of any change of address.

You will release the claims described in Section 7 below even if you do not cash the check within 150 days after the postmark date.

## 7. What am I giving up if I receive proceeds from the settlement?

Each Settlement Class Member who does not request exclusion from the Settlement in accordance with Section 8 below releases and discharges BBUSA and all of its past, present and future parents, subsidiaries, affiliates, successors and predecessors, and each of their directors, officers, employees, insurers, lawyers, and agents (the "Released Parties"), from any and all claims, obligations, causes of action, actions, demands, rights, and liabilities of every kind, nature and description, whether known or unknown, whether anticipated or unanticipated, arising prior to the deadline to opt-out of the settlement, which arise under state or local law or regulation and: (a) were pled in the Action; and/or or (b) could have been pled and which are based on any of the following: (i) alleged failure to pay any type of overtime wages, (ii) alleged failure to pay straight time wages, (iii) alleged failure to timely pay wages due, before or after the end of employment, (iv) any statutory, constitutional, regulatory, contractual or common law claims for wages, damages, litigation costs, unfair business practices, unfair competition; and (c) this release includes any and all of the following based on any of the matters released by the foregoing (a) and (b) above: penalties, including those arising under the Kansas Wage Payment Act, liquidated damages, punitive damages, interest, attorneys' fees, litigation costs, restitution, and equitable relief.

In addition, each Settlement Class Member who cashes or deposits his or her Settlement check also releases BBUSA and the Released Parties from any and all claims, obligations, causes of action, actions, demands, rights, and liabilities, whether known or unknown, whether anticipated or unanticipated, arising prior to the date the Settlement Class member cashes or deposits his or her Settlement check that were asserted or could have been asserted in the action pursuant to the FLSA based on any of the following: (i) alleged failure to pay overtime wages, (ii) alleged failure to pay minimum wages, including any and all of the following based on any of the matters provided for above in this paragraph: penalties, liquidated damages, punitive damages, interest, attorneys' fees, litigation costs, restitution, and equitable relief.

5

The release of claims described in the above two paragraphs do not apply to any rights or claims that may not be released as a matter of law.

**HOW YOU REQUEST EXCLUSION FROM OR OBJECT TO THE SETTLEMENT**

**8. What if I do not want to participate in the settlement?**

If you do not want to participate in the Settlement and wish to retain your right to pursue your own independent action, you must submit a signed written statement to the Settlement Administrator requesting to exclude yourself from the Settlement. The request must include your name, address, telephone number, and the last four numbers of the social security number or other tax identification number you used while working for BBUSA. The Settlement Administrator is Rust Consulting, and its address is in Section 13 below.

In order to be valid, your request to be excluded from the settlement must be mailed by first class mail to the Settlement Administrator and be postmarked no later than October 2, 2020. If you timely submit a request to be excluded from the settlement, you will not be eligible to receive any of the benefits under the Settlement. You will, however, retain whatever legal rights you may have against BBUSA.

**9. What if I want to object to the settlement?**

If you do not request exclusion from the Settlement but believe the proposed Settlement is unfair or inadequate in any respect, you may object to the Settlement by filing a written objection with the Court and mailing a copy of your written objection to Class Counsel and the Settlement Administrator.

All objections must be signed and include your address, telephone number, and the name of the Litigation. Your objection should clearly explain why you object to the proposed Settlement and must state whether you or someone on your behalf intends to appear at the Final Approval Hearing. All objections must be filed with the Court, and received by Class Counsel and the Settlement Administrator, and postmarked by no later than October 2, 2020. If you submit a timely objection, you may appear, at your own expense, at the Final Approval Hearing, discussed below.

Any Settlement Class Member who does not object in the manner described above shall be deemed to have waived any objections, and shall forever be foreclosed from objecting to the fairness or adequacy of the proposed Settlement, the payment of attorneys' fees, litigation costs, the service payments to the Class Representative, the claims process, and any and all other aspects of the Settlement. Likewise, regardless of whether you attempt to file an objection, you will be deemed to have released the claims against the Released Parties as set forth in Section 7 above unless you request exclusion from the Settlement in accordance with Section 8 above.

## THE LAWYERS REPRESENTING YOU

**10.  Do I have a lawyer in this case?**

The Court has determined that the lawyers at the law firm Keenan & Bhatia, LLC are qualified to represent you and all individuals covered by this settlement.  These lawyers are called "Class Counsel."  You will not be charged for these attorneys. You do not need to retain your own attorney to participate as a member of this class action.  However, you may consult with any attorney you choose at your own expense before deciding whether to opt out of this settlement.

**11.  How will the lawyers be paid?**

Class Counsel will ask the Court to award costs, as well as attorneys' fees in an amount not to exceed $25,000, which will be paid from the Settlement Amount.  In addition, Class Counsel will ask the Court to authorize payment from the Settlement Amount a $2,500 service payment to the Class Representative to recognize the risks she took and her services to the beneficiaries of this settlement class.

## FINAL APPROVAL OF THE SETTLEMENT

**12.  When will the settlement be final and when will I receive my settlement payment?**

If the Court grants Final Approval of the settlement, and you did not request exclusion from the settlement, you will receive your settlement payment in the mail a few weeks after Final Approval.

The Court will hold a telephonic Final Approval Hearing on the fairness and adequacy of the proposed Settlement, the plan of distribution, Class Counsel's request for attorneys' fees and costs, and the service payments to the Class Representative on November 4, 2020 at 1:30 p.m. Central Time. To appear at the Final Approval Hearing, call 1-877-411-9748, and enter access code 6895973.  The Final Approval Hearing may be continued without further notice to Class Members. You are not required to appear at the hearing to participate in or to opt-out of the Settlement.

## FOR MORE INFORMATION

**13.  Are there more details about the settlement?**

This Notice summarizes the proposed settlement. More details are in a Settlement Agreement.  If there is any inconsistency between this Notice and the Settlement Agreement, the provisions in the Settlement Agreement control.  You may obtain a copy of the Settlement Agreement by sending a request, in writing, to:

Rust Consulting
Tiscareno v. BBUSA Inc. Settlement
625 S Marquette Avenue, Suite 900
Minneapolis, MN 55402
www.RustConsulting.com

| 14.  What is the tax treatment of this payment? |
| --- |

For tax purposes, 100% of each person's individual settlement payment will be considered back wages. For this amount, normal payroll taxes and withholdings will be deducted pursuant to city, state, and federal law, and you will receive a W-2 tax form. At the end of the calendar year, the Settlement Administrator will issue each person who has cashed a check an IRS Form W-2 for that portion of the their settlement payment. Other than the Employers' portion of the withholdings, you are responsible for the appropriate payment of any taxes on the payments you receive.  Class Counsel and Defendant's Counsel do not intend this Notice to constitute tax advice, and to the extent that this Notice is interpreted to contain or constitute advice regarding any federal, state or local tax issue, such advice is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any tax liability or penalties.

If you filed for individual bankruptcy, it may be necessary for you to advise the trustee of this settlement.

| 14.  How do I get more information? |
| --- |

If you have other questions about the settlement, you can contact the Settlement Administrator, or Class Counsel at the addresses and/or telephone numbers below.

**Settlement Administrator**

Rust Consulting
Tiscareno v. BBUSA Inc. Settlement
625 S Marquette Avenue, Suite 900
Minneapolis, MN 55402
www.RustConsulting.com

**Class Counsel**

Sonal Bhatia
Edward (E.E.) Keenan
KEENAN & BHATIA, LLC
929 Walnut Street, Suite 5107
Kansas City, MO 64106
+1.816.809.2100

**PLEASE DO NOT CALL OR WRITE THE COURT ABOUT THIS NOTICE.**

| **15. What if my name or address changes before I receive my settlement payment?** |
| --- |

      If, for future reference and mailings from the Court or Settlement Administrator, you wish to change the name or address listed on the envelope in which the Class Notice was first mailed to you, then you must fully complete, execute, and mail the Change of Name and/or Address Information Form (enclosed with this Notice as Form A) or speak with the Settlement Administrator and/or Class Counsel.

DATED: _____, 2020

**FORM A**

**CHANGE OF NAME AND/OR ADDRESS INFORMATION**

*Katy Tiscareno v. Bimbo Bakeries USA, Inc.*,
United States District Court for the District of Kansas
Case No. 5:19-cv-04058

Instructions: Please complete this Form only if you wish to change your name and/or mailing

address information.

      *Former* name and mailing address:

      Name (first, middle and last): _____

      Home Street Address: _____

      City, State, Zip Code: _____

      Home Telephone Number: (____) _____

      Social Security Number: _____

      *New* name and/or mailing address: _____

      Name (first, middle and last): _____

      Home Street Address: _____,

      City, State, Zip Code:

      Home Telephone Number: (____) _____

For purposes of verification only, I began working for Defendant in:

           _____

                (Month)      (Year)

I understand that all future correspondence in this action, including but not necessarily limited to important notices or payments to which I am entitled (if any), will be sent to the new address listed above and not to the address previously used. I hereby request and consent to the use of the address listed above for these purposes.

Dated: _____            _____

                                              (Signature)

10