CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

KATY TISCARENO,

        Plaintiff,

v.                                                                         Case No:  5:19-cv-04058-HLT

BIMBO BAKERIES USA, INC.,

        Defendant.

**Attorney for Plaintiff: Edward Keenan**
**Attorney for Defendant: Bernard K. Schott**
**Stephanie Sweitzer**

| JUDGE: | District Judge Holly L. Teeter | DATE: | 11/4/2020 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Sherry Harris |

## FINAL SETTLEMENT APPROVAL HEARING

Counsel appear remotely via telephone.

The Court takes up the Motion to Continue the Final Approval Hearing (Doc. 112), which is based on opt-in plaintiffs not receiving notice materials. Plaintiff's counsel states that, since filing the motion to continue, he has communicated or attempted to communicate via email and/or telephone with the opt-in plaintiffs. Counsel states that he should know by Friday, November 6, 2020, if any opt-in plaintiffs object but indicates that, at this time, none have objected. Counsel asks the Court to proceed with the hearing but hold its orders on the pending motions (Doc. 108 and 111) until close of business on Friday. Defendant's counsel objects to the continuance but defers to the Court on Plaintiff's counsel's proposal.

After discussion with the parties, the Court **DENIES** Plaintiff's Motion to Continue the Final Approval Hearing (Doc. 112) but agrees to hold its orders until 5:00 p.m. CDT on November 6, 2020. The Court asks Plaintiff's counsel to file a status report stating whether any opt-in plaintiffs object on **Friday, November 6, 2020**.

The Court conducts with the Final Settlement Approval Hearing and takes up the Motion for Attorney Fees, Expenses and Costs (Doc. 108) and the Motion for Final Settlement Approval (Doc. 111). Plaintiff Katy Tiscareno is sworn and testifies as set forth in the full record.

After the parties' present evidence, the Court takes the motions (Doc. 108 and 111) under advisement. The Court asks the parties to submit a proposed order on the motions on **Friday, November 6, 2020.**